FILED

01/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0540

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0540
_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                      O R D E R

WILLIAM E. HAWKES,

     Defendant and Appellant.
_____

Appellant William E. Hawkes appeals from the Judgment of the Fourth Judicial District Court, Missoula County, in its Cause No. DC-32-2019-0000033-IN. Hawkes argues the District Court erred by failing to give him credit for two days served.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of entering an amended sentence and judgment. Without agreeing with all of the arguments Hawkes has raised, the State agrees that in this case the District Court erred in failing to give Hawkes credit for two days served.

Based on Hawke's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Fourth Judicial District Court, Missoula County, with instructions for the District Court to amend its Judgment to provide Hawkes credit with two days served.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Leslie Halligan.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2024